IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RANDY NELSON and<br>WENDY NELSON,<br><br>　　Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.;<br>NISSAN FORKLIFT CORPORATION,<br>NORTH AMERICA; and NISSAN<br>MOTOR CO., LTD.,<br><br>　　Defendants.<br>_____ | :<br>:<br>:<br>:<br>:<br>: Civil Action No.<br>: 5:11-cv-187 (HL)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

Before the Court is the parties' Consent Motion to Dismiss Defendant Nissan North America, Inc. For good cause shown, the Motion is granted. Thus, Defendant Nissan North American, Inc. is hereby dismissed with prejudice.

**SO ORDERED,** this 22nd day of November, 2011.

　　　　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　　　　HUGH LAWSON, SENIOR JUDGE

ebr